IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20976
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GILBERTO SAENZ MOYERS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-68-3
- - - - - - - - - -
August 18, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Gilberto Saenz Moyers has filed
a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).
Our independent review of the brief, the record, and Moyers'
response discloses no nonfrivolous issue.  Accordingly, counsel
is excused from further responsibilities herein, and the APPEAL
IS DISMISSED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.